[L. A. No. 16581. In Bank.—June 10, 1938.]

VIRGIL McCOMBS, Petitioner, v. JUSTUS F. CRAEMER, as Building and Loan Commissioner, etc., Respondent.

John C. Campbell and Franz R. Sachse for Petitioner.

Clock, McWhinney & Clock and James C. Ingebretsen for Respondent.

THE COURT.—This is a companion case to the case of *The Ventura Co., Inc., v. Craemer,* this day decided (*ante,* p. 407 [80 Pac. (2d) 720]). ▮ On the authority of that decision and for the reasons set forth in the opinion filed therein the petitioner herein is entitled to the writ of *mandamus.*

Let the peremptory writ issue.

[L. A. No. 16582. In Bank.—June 10, 1938.]

RICHARD SACHSE, Petitioner, v. JUSTUS F. CRAEMER, as Building and Loan Commissioner, etc., Respondent.

John C. Campbell and Franz R. Sachse for Petitioner.

Clock, McWhinney & Clock and James C. Ingebretsen for Respondent.

THE COURT.—This is a companion case to the case of *The Ventura Co., Inc., v. Craemer,* this day decided (*ante,* p. 407 [80 Pac. (2d) 720]). ■ On the authority of that decision and for the reasons set forth in the opinion filed therein the petitioner herein is entitled to the writ of *mandamus.*

Let the peremptory writ issue.

[L. A. No. 16666. In Bank.—July 19, 1938.]

HAZEL LE DUC, Respondent, v. MAURICE BLUMENTHAL et al., Appellants.

[L. A. No. 16667. In Bank.—July 19, 1938.]

JOSEPH G. SAUCEDO et al., Respondents, v. MAURICE BLUMENTHAL et al., Appellants.

[L. A. No. 16668. In Bank.—July 19, 1938.]

GEORGE A. ROLLE, Respondent, v. MAURICE BLUMENTHAL et al., Appellants.